UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

```
ERIK MARTINEZ                           )
                                        )
    V.                                  )      C.A. No. 14-537L
                                        )
MAX DR. BLANCHETTE, R.I. DOC DR.        )
VOHR, MAX NURSE "DAVE," and             )
CONN. DOC C.C.S. OSDEN                  )
```

O R D E R

There being no objection to the Report and Recommendation of Magistrate Judge Patricia A. Sullivan, dated October 29, 2015, (and docketed as Document No. 20), the Report and Recommendation hereby is accepted and adopted pursuant to 28 U.S.C. § 636(b)(1)(B).

Therefore, PLAINTIFF is hereby ORDERED to file an Amended Complaint within 30 days of this Order stating a claim against Nurse Piccirillo.  If an Amended Complaint is not timely filed, or fails to state a claim against Nurse Piccirillo, defendant Piccirillo's Motion to Dismiss will be granted and he will be dismissed from the case.

ENTER:


/s/Ronald R. Laqueux
Ronald R. Lagueux
Senior U.S. District Judge
December 22, 2015